JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DILICIA FLOYD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR LLC, a company; and KELLY SERVICES INC., a corporation, inclusive,<br><br>Defendants. | Case No. 5:19-cv-01479-JFW (SPx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED.R.CIV.PROC. 41(a)]**<br><br><br>Complaint Filed: June 27, 2019<br>(Riverside County Superior Court) |
|---|---|

**GOOD CAUSE APPEARING THEREFOR:**

After reviewing the Parties' Stipulation Re Order Dismissing Action With Prejudice, IT IS **HEREBY ORDERED, ADJUDGE AND DECREED** THAT this action and each claim for relief therein is hereby **DISMISSED WITH PREJUDICE**. Each party shall bears her and its own costs and attorneys' fees associated with the prosecution and defense of this matter.

**SO ORDERED.**

Dated: December 19, 2019

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE